# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1322
LT Case No. 2022-DP-000954

_____

J.H., MOTHER of K.R.B. and
A.M.U., CHILDREN,

    Appellant,

    v.

K.B., FATHER of K.R.B., a CHILD,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibbin, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, Office of
Criminal Conflict and Civil Regional Counsel, Casselberry, for
Appellant.

Valarie Linnen, Jacksonville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Statewide Guardian ad
Litem Office, Tallahassee, for the Guardian ad Litem Program.

February 6, 2024


PER CURIAM.

AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––